FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 20 PM 12: 48
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 412-255 |
| MARGARET L. WILSON | ) | |
| | ) | |
| Defendant | ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **MARGARET L. WILSON** without prejudice.

SO ORDERED, this 20th day of April, 2018.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA